No. 89–7841.  PERKINS v. PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT PITTSBURGH, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–7843.  STAMEY v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 89–7844.  SINCLAIR v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 89–7845.  VILLARRUBIA v. UNITED STATES POSTAL SERVICE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–7846.  PEASE v. HARGETT, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 89–7847.  SINDRAM v. N. RICHARD KIMMEL PROPERTIES ET AL.  Ct. Sp. App. Md.  Certiorari denied.

No. 89–7848.  SINDRAM v. WASHINGTON SUBURBAN SANITARY COMMISSION.  Cir. Ct. Montgomery County, Md.  Certiorari denied.

No. 89–7849.  PATTON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–7850.  DUQUE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 89–7851.  COCHRAN v. CONROY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 89–7852.  FORD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 89–7853.  DANFORTH v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 89–7854.  BRADIN v. TURNER, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 89–7855.  GRAY v. SMITH, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 89–7856.  HURLEY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.